# EXHIBIT B

Case 8:21-cv-01202-VAP-MRW Document 1-2 Filed 07/12/21 Page 2 of 8 Page ID #:34
Electronically Filed by Superior Court of California, County of Orange, 06/14/2021 03:18:00 PM.
30-2021-01202793-CU-FR-CJC - ROA # 15 - DAVID H. YAMASAKI, Clerk of the Court By e Clerk, Deputy Clerk.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>ESTELLE & KENNEDY, A Professional Law Corporation <jaci@estellekennedylaw.com><br><br>TELEPHONE NO.:     FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*   JUSTINA CARRASCO | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS:   700 Civic Center Drive West<br>MAILING ADDRESS:   700 Civic Center Drive West<br>CITY AND ZIP CODE:   Santa Ana 92701<br>BRANCH NAME:   Central Justice Center | |
| PLAINTIFF/PETITIONER: JUSTINA CARRASCO | CASE NUMBER: |
| DEFENDANT/RESPONDENT: ROBINHOOD FINANCIAL LLC A DELAWARE CORPORATION; ET AL. | **30-2021-01202793-CU-FR-CJC** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**REF-8139973** |

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   **SUMMONS; COMPLAINT; COVER SHEET; NOTICE OF HEARING CASE MANAGEMENT CONFERENCE**

3. a. Party served *(specify name of party as shown on documents served):*
   **ROBINHOOD FINANCIAL LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
   **Jennifer Lee, PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired Asian female approx. 35-45 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**

4. Address where the party was served:
   **7801 Folsom Blvd , Ste 202, Sacramento, CA 95826**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **06/11/2021** at *(time):* **12:35 PM**

   b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

       (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*    from *(city):*    **or** [ ] a declaration of mailing is attached.

       (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure. § 417.10
Tracking #: 0071578455


REF: **REF-8139973**



34

| PLAINTIFF/PETITIONER: JUSTINA CARRASCO | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ROBINHOOD FINANCIAL LLC A DELAWARE CORPORATION; ET AL. | 30-2021-01202793-CU-FR-CJC |

    c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

        (1) on *(date):*                             (2) from *(city):*

        (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

    d. ☐ **by other means** *(specify means of service and authorizing code section):*

       ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)* **ROBINHOOD FINANCIAL LLC**
       under the following Code of Civil Procedure section:

        ☒ 416.10 (corporation)                  ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                                         ☐ other:

7. **Person who served papers**
    a. Name:                      **Keith Alves**
    b. Address:                **316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
    c. Telephone number:    **213-621-9999**
    d. The fee for service was: **$ 85.00**
    e. I am:

        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ registered California process server:
            (i) ☐ owner   ☒ employee   ☐ independent contractor.   For:   **ABC Legal Services, LLC**
            (ii) ☒ Registration No.: **19-012**                  Registration #: **6779**
            (iii) ☒ County: **Ryan Ronco, Placer County Clerk-**   County: **Los Angeles**

BY FAX

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 06/11/2021

**Keith Alves**                                                           *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2
REF: **REF-8139973**                                                                            Tracking #: **0071578455**

35

Electronically Filed by Superior Court of California, County of Orange, 06/14/2021 03:19:00 PM.
30-2021-01202793-CU-FR-CJC - ROA # 17 - DAVID H. YAMASAKI, Clerk of the Court By e Clerk, Deputy Clerk.
Case 8:21-cv-01202-VAP-MRW Document 1-2 Filed 07/12/21 Page 4 of 8 Page ID #:36

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* <br> ESTELLE & KENNEDY, A Professional Law Corporation &lt;jaci@estellekennedylaw.com&gt; <br><br> TELEPHONE NO.:      FAX NO. *(Optional):* <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* JUSTINA CARRASCO | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE <br> STREET ADDRESS: 700 Civic Center Drive West <br> MAILING ADDRESS: 700 Civic Center Drive West <br> CITY AND ZIP CODE: Santa Ana 92701 <br> BRANCH NAME: Central Justice Center | |
| PLAINTIFF/PETITIONER: JUSTINA CARRASCO <br> DEFENDANT/RESPONDENT: ROBINHOOD FINANCIAL LLC A DELAWARE CORPORATION; ET AL. | CASE NUMBER: <br> 30-2021-01202793-CU-FR-CJC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> REF-8139973 |

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   SUMMONS; COMPLAINT; COVER SHEET; NOTICE OF HEARING CASE MANAGEMENT CONFERENCE

3. a. Party served *(specify name of party as shown on documents served):*
   ROBINHOOD MARKETS, INC.

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
   **Jennifer Lee , PERSON AUTHORIZED TO ACCEPT,** who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired Asian female approx. 35-45 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.

4. Address where the party was served:
   7801 Folsom Blvd , Ste 202, Sacramento, CA 95826

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **06/11/2021** at *(time):* **12:36 PM**

   b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*    from *(city):*    **or** [ ] a declaration of mailing is attached.

        (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]
PROOF OF SERVICE OF SUMMONS
Code of Civil Procedure. § 417.10
Tracking #: 0071578476
REF: REF-8139973
36




| PLAINTIFF/PETITIONER: JUSTINA CARRASCO | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ROBINHOOD FINANCIAL LLC A DELAWARE CORPORATION; ET AL. | 30-2021-01202793-CU-FR-CJC |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*     (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☒ On behalf of *(specify)* **ROBINHOOD MARKETS, INC.**

under the following Code of Civil Procedure section:

☒ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                ☐ other:

7. **Person who served papers**
   a. Name: **Keith Alves**
   b. Address: **316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
   c. Telephone number: **213-621-9999**
   d. The fee for service was: **$ 85.00**
   e. I am:

   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☒ registered California process server:
       (i) ☐ owner ☒ employee ☐ independent contractor.  For: **ABC Legal Services, LLC**
       (ii) ☒ Registration No.: **19-012**                Registration #: **6779**
       (iii) ☒ County: **Ryan Ronco, Placer County Clerk-**  County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 06/11/2021

**Keith Alves**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

BY FAX

POS-010 [Rev. January 1, 2007]                                           Page 2 of 2
**PROOF OF SERVICE OF SUMMONS**                                          Tracking #: 0071578476
REF: **REF-8139973**

37

Case 8:21-cv-01202-VAP-MRW   Document 1-2   Filed 07/12/21   Page 6 of 8   Page ID #:38
Electronically Filed by Superior Court of California, County of Orange, 06/14/2021 03:21:00 PM.
30-2021-01202793-CU-FR-CJC - ROA # 19 - DAVID H. YAMASAKI, Clerk of the Court By e Clerk, Deputy Clerk.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: <br> ESTELLE & KENNEDY, A Professional Law Corporation <jaci@estellekennedylaw.com> <br><br> TELEPHONE NO.:  FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: JUSTINA CARRASCO | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE <br> STREET ADDRESS: 700 Civic Center Drive West <br> MAILING ADDRESS: 700 Civic Center Drive West <br> CITY AND ZIP CODE: Santa Ana 92701 <br> BRANCH NAME: Central Justice Center | |
| PLAINTIFF/PETITIONER: JUSTINA CARRASCO <br> DEFENDANT/RESPONDENT: ROBINHOOD FINANCIAL LLC A DELAWARE CORPORATION; ET AL. | CASE NUMBER: <br> 30-2021-01202793-CU-FR-CJC |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> REF-8139973 |

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **SUMMONS; COMPLAINT; COVER SHEET; NOTICE OF HEARING CASE MANAGEMENT CONFERENCE**

3. a. Party served *(specify name of party as shown on documents served)*:
   **ROBINHOOD SECURITIES, LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
   **Jennifer Lee, PERSON AUTHORIZED TO ACCEPT, who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired Asian female approx. 35-45 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**

4. Address where the party was served:
   **7801 Folsom Blvd , Ste 202, Sacramento, CA 95826**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **06/11/2021** at *(time):* **12:36 PM**

   b. [ ] **by substituted service.** On *(date):*      at *(time):*      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*      from *(city):*      **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10
Tracking #: 0071578504 


REF: **REF-8139973**

38



| PLAINTIFF/PETITIONER: JUSTINA CARRASCO | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ROBINHOOD FINANCIAL LLC A DELAWARE CORPORATION; ET AL. | 30-2021-01202793-CU-FR-CJC |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)* **ROBINHOOD SECURITIES, LLC**
      under the following Code of Civil Procedure section:
      
      ☒ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
           ☐ other:

7. **Person who served papers**
   a. Name: **Keith Alves**
   b. Address: **316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
   c. Telephone number: **213-621-9999**
   d. The fee for service was: **$ 85.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner ☒ employee ☐ independent contractor.   For: **ABC Legal Services, LLC**
         (ii) ☒ Registration No.: **19-012**    Registration #: **6779**
         (iii) ☒ County: **Ryan Ronco, Placer County Clerk-**    County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 06/11/2021

**Keith Alves**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

BY FAX

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

REF: **REF-8139973**      Tracking #: **0071578504**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2021, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system and that all counsel of record will be served via the Notice of Electronic Filing generated by CM/ECF.

/s/ Regina Coprich
Regina Coprich

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Washington, DC